THE STATE OF IOWA, Appellee, v. GEORGE HEAVLIN, Appellant.

Appeal: RECORD: EVIDENCE.

*Appeal from Jasper District Court.*—HON. J. K. JOHNSON, Judge.

SATURDAY, MAY 28, 1892.

THE defendant was convicted of the crime of nuisance, committed in keeping for sale and selling intoxicating liquors in violation of law. From the judgment requiring him to pay a fine, attorney's fee, and costs, and committing him to the county jail at hard labor until such fine and costs should be paid, not exceeding one day for each three and one-third dollars of the fine and costs, he appeals.—*Affirmed.*

*Liston McMillan,* for appellant.

*W. G. Clements,* County Attorney, for the state.

PER CURIAM.—This cause is submitted on a transcript of the record which does not show any of the evidence submitted on the trial, nor the charge of the court to the jury. The only exception taken by the defendant was to the overruling of a motion for a continuance, but the motion is not set out, and we have no means of judging of the correctness of the ruling. We have examined the record submitted to us with care, but do not find any ground for interfering with the judgment of the district court. It is therefore AFFIRMED.